PAUL N. TAUGER (SBN 160552)
**APOGEE LAW GROUP**
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000
Facsimile: 949-608-9089
E-mail: ptauger@apogeelawgroup.com

DEVON ZASTROW NEWMAN, *appearing pro hac vice*
**SCHWABE, WILLIAMSON & WYATT, P.C.**
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900
E-mail: dnewman@schwabe.com

Attorneys for Plaintiff Shane Chen

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHANE CHEN, a Washington resident,<br><br>             Plaintiff,<br><br>    v.<br><br>SOIBATIAN CORPORATION, dba IO HAWK and dba SMART WHEELS, a California corporation,<br><br>             Defendant. | Case No.: LA CV15-04562-JAK (JPRx)<br><br>REQUEST TO CLERK TO ENTER DEFAULT AGAINST SOIBATIAN CORPORATION, dba IO HAWK and dba SMART WHEELS |

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

Plaintiff, SHANE CHEN, hereby requests the Clerk of the above-captioned Court enter default in this matter against Defendant SOIBATIAN CORPORATION, dba IO HAWK and dba SMART WHEELS, on the ground that said defendant failed

---

REQUEST TO ENTER DEFAULT AGAINST SOIBATIAN CORPORATION

CASE NO.: 2:15-cv-04562-JAK (JPRx)

PDX\126164\202206\DZN\16708930.1

1  to appear or otherwise respond to the Complaint within the time prescribed by the
2  Federal Rules of Civil Procedure. Plaintiff served defendant, SOIBATIAN
3  CORPORATION, via service on the domestic corporation place of business, on
4  August 26, 2015.  The service of process is evidenced by the proof of service of
5  summons filed with this Court.
6       The above stated facts are set forth in the accompanying declaration of Paul N.
7  Tauger, filed herewith.

Dated: September 30, 2015

**APOGEE LAW GROUP**

By:   /s/ Paul N. Tauger
Paul N. Tauger, SNB #160552
ptauger@apogeelawgroup.com
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949.851.5000
Facsimile: 949.608.9089

Devon Zastrow Newman
dnewman@schwabe.com
**Schwabe, Williamson & Wyatt, P.C.**
1211 S.W. 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Attorneys for Plaintiff
Shane Chen