PAUL N. TAUGER (SBN 160552)
**APOGEE LAW GROUP**
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000
Facsimile: 949-608-9089
E-mail: ptauger@apogeelawgroup.com

DEVON ZASTROW NEWMAN, *appearing pro hac vice*
**SCHWABE, WILLIAMSON & WYATT, P.C.**
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900
E-mail: dnewman@schwabe.com

Attorneys for Plaintiff Shane Chen

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHANE CHEN, a Washington resident,<br><br>  Plaintiff,<br><br>  v.<br><br>SOIBATIAN CORPORATION, dba IO HAWK and dba SMART WHEELS, a California corporation,<br><br>  Defendant. | Case No.: LA CV15-04562-JAK (JPRx)<br><br>DECLARATION OF PAUL N. TAUGER IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST SOIBATIAN CORPORATION, dba IO HAWK and dba SMART WHEELS |

I, Paul N. Tauger, declare as follows:

1. I am an attorney, admitted to practice before all of the federal courts of the State of California. I am an attorney with Apogee Law Group, counsel of record for Plaintiff in this action. I have personal knowledge of the facts averred herein and,

if called upon, could and would testify to the truth thereof.

2. Defendant Soibatian Corporation, dba IO Hawk and dba Smart Wheels, a California corporation (“Defendant”), was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on August 26, 2015, as evidenced by the proof of service on file with this Court.

3. Under Rule 12, Defendant was required to plead or otherwise respond to the complaint by September 25, 2015. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4. Defendant has failed to serve or file a pleading or otherwise respond to the complaint. The application time limit for responding to the complaint has expired.

5. Defendant is a corporation and, as such, not a minor or an incompetent person.

6. Defendant is a corporation and as such the Servicemembers Civil Relief Act does not apply.

7. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court for the Defendant.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on September 30th, 2015 in Newport Beach, California.

/s/ Paul N. Tauger

2

DECLARATION OF PAUL N. TAUGER IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST SOIBATIAN CORPORATION

CASE NO.: 2:15-cv-04562-JAK (JPRx)

PDX\126164\202206\DZN\16708930.1