Christopher G. Emch, CA State Bar No. 168877
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: chris.emch@foster.com

Attorney for Plaintiff Shane Chen

GOKALP BAYRAMOGLU, ESQ.(Cal. Bar No. 268222)
E-mail: Gokalp@bayramoglu-legal.com
NIHAT DENIZ BAYRAMOGLU (Cal. Bar No. 294922)
E-mail: deniz@bayramoglu-legal.com
BAYRAMOGLU LAW OFFICES LLC
2520 St. Rose Parkway, Suite #309
Henderson Nevada 89074
Telephone: 702-462-5973; Facsimile: 702-446-9401

Attorney for Defendant Soibatian Corporation,
d/b/a IO HAWK and d/b/a Smart Wheels

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHEN, a Washington Resident,<br><br>Plaintiff,<br><br>v.<br><br>SOIBATIAN CORPORATION, d/b/a IO HAWK and dba SMART WHEELS, a California Corporation,<br><br>Defendant. | No. 2:15-cv-04562-JAK-JPR<br><br>**JOINT STATUS REPORT**<br><br>District Judge: The Hon. John A. Kronstadt |

Pursuant to this Court's April 13, 2016 Order [DOC 66], and the subsequent Orders continuing the stay [DOC 71, DOC 73, DOC 75, DOC 77, DOC 80, DOC 82, DOC 85, DOC 87, DOC 89, DOC 91, DOC 95, DOC 97] and the Court's April 2, 2018 Order [DOC 99] the Parties jointly submit this Status Report regarding the International Trade Commission ("ITC") action identified as Motorized Self-Balancing Vehicles, ITC-337-TA-1000.

JOINT STATUS REPORT - 1
Case No. 2:15-cv-04562-JAK-JPR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

1  Since the previous Status Report filed on the 29th of March 2018 there are no new filings
2  regarding Soibatian Corporation.

3  The Parties acknowledge that a final determination issued from the ITC on July 28, 2017.
4  This determination found no violation for some respondents and terminated the investigation. As
5  this Court requested after the last Joint Status Report, the Parties met and conferred regarding
6  whether this case should be reinstated. At this time, the Parties believe that continuing the Stay is
7  appropriate.

8  While the ITC issued a final determination, Razor USA LLC, Inventist, Inc., and Shane
9  Chen appealed the determination on September 22, 2017 at the United States Court of Appeals
10 for the Federal Circuit. In light of the appeal, the Parties requested an extension of the Stay until
11 the Appeal is final, with the Parties providing periodic status updates to this Court as it requests.
12 The Court granted that request. During this extension, the Parties are diligently continuing to
13 discuss amicable resolutions to this case.

14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //

JOINT STATUS REPORT - 2
Case No. 2:15-cv-04562-JAK-JPR

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400   FAX (206) 447-9700

1  Dated this 29th day of May, 2018

2                                              By: */s/ Christopher G. Emch*
                                               Christopher G. Emch, CA State Bar No. 168877
3                                              FOSTER PEPPER PLLC
                                               1111 Third Avenue, Suite 3000
4                                              Seattle, Washington 98101-3299
                                               Telephone: (206) 447-4400
5                                              Facsimile: (206) 447-9700
6                                              Email: chris.emch@foster.com
                                               *Attorney for Plaintiff Shane Chen*
7

8  Dated this 29th day of May, 2018

9                                              By: */s/ Gokalp Bayramoglu*
                                               Gokalp Bayramoglu, CA State Bar No. 268222
10                                             BAYRAMOGLU LAW OFFICES LLC
                                               2520 St. Rose Parkway, Suite 309
11                                             Henderson, Nevada 89074
                                               Telephone: (702) 462-5973
12                                             Facsimile: (702) 446-9401
13                                             Email: gokalp@bayramoglu-legal.com
                                               *Attorney for Defendant Soibatian Corporation*
14

JOINT STATUS REPORT - 3
Case No. 2:15-cv-04562-JAK-JPR

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400   FAX (206) 447-9700