Christopher G. Emch, CA State Bar No. 168877
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: chris.emch@foster.com

Attorney for Plaintiff Shane Chen

GOKALP BAYRAMOGLU, ESQ.(Cal. Bar No. 268222)
E-mail: Gokalp@bayramoglu-legal.com
NIHAT DENIZ BAYRAMOGLU (Cal. Bar No. 294922)
E-mail: deniz@bayramoglu-legal.com
BAYRAMOGLU LAW OFFICES LLC
2520 St. Rose Parkway, Suite #309
Henderson Nevada 89074
Telephone: 702-462-5973; Facsimile: 702-446-9401

Attorney for Defendant Soibatian Corporation,
d/b/a IO HAWK and d/b/a Smart Wheels

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHEN, a Washington Resident,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SOIBATIAN CORPORATION, d/b/a IO HAWK and dba SMART WHEELS, a California Corporation,<br><br>　　　　　　　　　　　Defendant. | No. 2:15-cv-04562-JAK-JPR<br><br>**JOINT STATUS REPORT**<br><br>District Judge: The Hon. John A. Kronstadt |

Pursuant to this Court's April 13, 2016 Order [DOC 66], and the subsequent Orders continuing the stay [DOC 71, DOC 73, DOC 75, DOC 77, DOC 80, DOC 82, DOC 85, DOC 87, DOC 89, DOC 91, DOC 95, DOC 97, DOC 99, DOC 101, DOC 103, DOC 105, DOC 107, DOC 110, DOC 112, DOC 114, DOC 116, DOC 118, DOC 122, DOC 124, DOC 126, DOC 128, DOC 130, DOC 132, DOC 134, DOC 136] and the Court's May 26, 2021 Order [DOC 138] the

JOINT STATUS REPORT - 1
Case No. 2:15-cv-04562-JAK-JPR

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG:54362880.1

1  Parties jointly submit this Status Report regarding the International Trade Commission ("ITC")
2  action identified as Motorized Self-Balancing Vehicles, ITC-337-TA-1000.
3      Since the previous Status Report filed on the May 26, 2021, Razor USA LLC, Inventist,
4  Inc., and Shane Chen there have been no determinations in the pending appeal ath the United
5  States Court of Appeals for the Federal Circuit. In light of the appeal, the Parties request an
6  extension of the Stay until the Appeal is final, with the Parties providing periodic status updates
7  to this Court as it requests. The Parties are also continuing to discuss amicable resolution of the
8  case and hope to resolve the case without judicial intervention.
9  //
10 //
11 //

12 Dated this 26th day of August, 2021

By: */s/ Christopher G. Emch*
Christopher G. Emch, CA State Bar No. 168877
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: chris.emch@foster.com
*Attorney for Plaintiff Shane Chen*

19 Dated this 26th day of August, 2021

By: */s/ Gokalp Bayramoglu*
Gokalp Bayramoglu, CA State Bar No. 268222
BAYRAMOGLU LAW OFFICES LLC
2520 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Telephone: (702) 462-5973
Facsimile: (702) 446-9401
Email: gokalp@bayramoglu-legal.com
*Attorney for Defendant Soibatian Corporation*

JOINT STATUS REPORT - 2
Case No. 2:15-cv-04562-JAK-JPR

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG:54362880.1