UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHEN, a Washington Resident,<br><br>Plaintiff,<br><br>v.<br><br>SOIBATIAN CORPORATION, d/b/a IO HAWK and dba SMART WHEELS, a California Corporation,<br><br>Defendant. | NO. 2:15-cv-04562-JAK-JPR<br><br>**PERMANENT INJUNCTION AND JUDGMENT**<br><br>**JS-6** |

Default judgment has been entered in favor of Plaintiff Shane Chen ("Plaintiff") and against Defendant Soibatian Corporation, dba IO Hawk and dba Smart Wheels ('Defendant"). Specifically, default judgment has been granted against Defendant on Plaintiff's direct patent infringement claim; denied without prejudice as to indirect infringement and willfulness; and granted with respect to the request for a permanent injunction. Plaintiff's request for monetary damages has been denied without prejudice to renewal after Plaintiff completes the requested discovery. Plaintiff's requests for leave to conduct damages discovery and for an accounting has

PERMANENT INJUNCTION AND
JUDGMENT - 1

been granted. Plaintiff's requests for a finding that this case is exceptional and for attorney's fees and non-taxable costs under 35 U.S.C. § 285 was denied. A copy of the Order was served on Defendant.

Consistent with the foregoing, the following **PERMANENT INJUNCTION AND JUDGMENT** is entered:

1. Defendant has directly infringed Plaintiff's U.S. Patent Number 8,738,278 (the "'278 Patent") entitled "TWO-WHEEL, SELF-BALANCING VEHICLE WITH INDEPENDENTLY MOVABLE FOOT PLACEMENT SECTIONS;"

2. Defendant and its directors, officers, agents, employees, successors, subsidiaries, assigns, affiliates, and all persons acting in privity, concert, or participation with any of the above are permanently enjoined and barred from any and all acts of infringement or continued infringement of the '278 Patent; and

3. Plaintiff is hereby granted leave to conduct post-judgment discovery to establish damages and to conduct an accounting.

**IT IS SO ORDERED.**

DATED  July 10, 2023

_____
John A. Kronstadt
United States District Judge